IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL ROMANOWSKI, § | |
| Plaintiff, § | |
| v. § | Civil Action No. 3:22-CV-0428-E-BH |
| § | |
| TRANS UNION, LLC, et al., § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Wells Fargo Bank's Motion for Summary Judgment*, filed October 14, 2022 (doc. 62), is **GRANTED in part** on the Fair Credit Reporting Act and defamation claims, and summary judgment is *sua sponte* **GRANTED** in favor of Wells Fargo Bank on the Fair Credit Billing Act claim. By separate judgment, the plaintiff's claims against Wells Fargo Bank will be **DISMISSED with prejudice**.

**SO ORDERED:** September 7, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE